

# Fourth Court of Appeals
## San Antonio, Texas

August 10, 2016

No. 04-15-00574-CV

R. Kinnan **GOLEMON**,
Appellant

v.

**TEXAS WORKFORCE COMMISSION** and Juan Segundo,
Appellees

From the 452nd District Court, Mason County, Texas
Trial Court No. 135477
Robert Rey Hofmann, Judge Presiding

# O R D E R

Sitting:      Marialyn Barnard, Justice
              Rebeca C. Martinez, Justice
              Jason Pulliam, Justice

The panel has considered the appellant's motion for rehearing, and the motion is DENIED.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of August, 2016.

_____
Keith E. Hottle
Clerk of Court